## BOULDIN, Jr. *v.* WARDEN OF THE MARY-LAND PENITENTIARY

[App. No. 49, September Term, 1962.]

*Decided January 30, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For reasons set forth in the opinion of Judge Manley below, the application for leave to appeal is hereby denied.

*Application denied.*